Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE WINDOWS & DOORS, INC., a California Corporation,<br><br>Defendant | Case No.: C09-3819 SC<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; and REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 19, 2010<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>Judge: The Honorable Samuel Conti |
|---|---|

Plaintiffs in this action hereby submit their Case Management Statement and respectfully request that the Case Management Conference currently on calendar for March 19, 2010 be continued or vacated.

1. As the Court's records will reflect, on November 25, 2009, the parties hereto filed a Joint Case Management Conference Statement in which they stated that they would attempt to resolve this matter prior to mediation. (Docket No. 11)

2. Thereafter I made multiple attempts, most recently by letter dated February 18, 2010, to contact Defendant's counsel, Merrill Emerick, in the attempt to resolve this matter. Mr. Emerick has sporadically responded, but Defendant Sunrise Windows & Doors, Inc. still has not complied with an audit of its records. Defendant has not cooperated with Plaintiffs' efforts to

-1-
**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;
and REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE
Case No.: C09-3819 SC**

1  collect the Trust Fund contributions owed from other sources by failing and refusing to provide
2  requested information.

3  3. Plaintiffs are preparing a Motion for Summary Judgment which they anticipate filing with the Court within three to four weeks. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 19, 2010, be continued to either coincide with the date set for the Motion, continued for 60-90 days to allow disposition of the Motion, or vacated entirely.

4. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of March, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: /S/Michele R. Stafford
    Michele R. Stafford
    Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently scheduled Case Management Conference is continued to __May 7, 2010__,
at __10:00 a.m.__ / ~~vacated.~~

Dated: __March 17, 2010__

THE HONORABLE SAMUEL CONTI
SENIOR JUDGE
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

-2-
**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;
and REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE
Case No.: C09-3819 SC**

P:\CLIENTS\GLACL\Sunrise Windows & Doors, Inc\Pleadings\C09-3819 SC CMC Statement 031010.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 11, 2010, I served the following document(s):

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; and REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action, by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Merrill G. Emerick, Esq.**
> **Anderlini & Emerick LLP**
> **411 Borel Avenue, Suite 501**
> **San Mateo, California 94402-3520**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of March, 2010, at San Francisco, California.

    /S/ Vanessa de Fábrega
    Vanessa de Fábrega

-3-
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;
and REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE
Case No.: C09-3819 SC

P:\CLIENTS\GLACL\Sunrise Windows & Doors, Inc\Pleadings\C09-3819 SC CMC Statement 031010.doc